TURTURRO v. MENU FOODS, INC. et al
Case 1:07-cv-01523-NLH-AMD   Document 1-3   Filed 03/30/2007   Page 1 of 1
Doc. 1 Att. 2

**LITE DEPALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma, Esq.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Tel: 973-623-3000
Fax: 973-623-0858

**LEBRACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP**
Paul J. Geller, Esq.
Stuart A. Davidson, Esq.
James L. Davidson, Esq.
120 E. Palmetto Park Road – Suite 500
Boca Raton, Florida 33432-4809
Tel: 561-750-3000
Fax: 561-750-3364

**Attorneys for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kami Turturro, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Civil Action No. |
| ) | |
| Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc., ) ) ) ) | **CERTIFICATE OF NON-ARBITRABILITY** |
| Defendant. ) ) ) | |

Joseph J. DePalma, of full age, certifies that pursuant to L. Civ. R. 201.1 the within matter is not arbitrable, being that the Complaint seeks damages that are in an excess of $150,000 and injunctive relief.

Dated:  March 30, 2007

_____
Joseph J. DePalma, Esq.

131435 v1