

# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 Carnegie Center, CN 5226, Princeton, NJ 08543-5226
Telephone: (609) 924-0808, Fax: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6390

April 30, 2007

Honorable Noel L. Hillman
United States District Court
U.S. Courthouse, Room 6020
1 John F. Gerry Plaza
P.O. Box 2706
Camden, NJ 08101

    Re:  Julie Hidalgo v. Menu Foods, Inc., et al
          Civil Action No.: 07-cv-01488 (NLH)

          Troy Gagliardi v. Menu Foods, Inc.
          Civil Action No.: 07-cv-01522 (NLH)

          Kami Turturro v. Menu Foods, Inc., et al
          Civil Action No.: 07-cv-01523

Dear Judge Hillman:

      On behalf of the defendants in each of the three captioned matters, my office filed Motions to Stay, with a return date of May 18, 2007. Subsequent to that filing, counsel for the plaintiff has consented to the relief sought, subject to the terms set forth in the proposed Stipulation and Consent Order, which is attached hereto. I am filing a copy of this letter electronically as part of the docket of each of the three separate lawsuits. Assuming the Order is acceptable to Your Honor, we ask that you kindly execute and either file the Consent Order electronically, or return to my office so that we may electronically file.

                                              Respectfully submitted,
                                              Hill Wallack LLP

                                              Gerard H. Hanson

GHH:kg
Enclosures
cc: Joseph J. DePalma