TURTURRO v. MENU FOODS, INC. et al
Case 1:07-cv-01523-NLH-AMD   Document 6   Filed 08/15/2007   Page 1 of 1
Doc. 6
Fax sent by : 19739683845   LITE DEPALMA   08-15-07 16:40   Pg: 2/10



# LITE DEPALMA
# GREENBERG & RIVAS, LLC
### ATTORNEYS AT LAW

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
WWW.LDGRLAW.COM

July 27, 2007

**HAND DELIVERED**

William T. Walsh, Clerk
United States District Court
Martin Luther King Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
**Attn: Diane Richards**

    Re:   Turturro v. Menu Foods, Inc., al.
              Civil Action No. 07-1523(NLH)

            Gagliardi v. Menu Foods, Inc., et al.
              Civil Action No. 07-1522(NLH)

Dear Diane:

    Pursuant to our telephone discussion, enclosed are Summonses for defendants in each of the above matters. As discussed, summonses were not submitted at the time the complaints and other ancillary documents were filed. I request that you issue the enclosed Summonses and return them to me in the envelope provided.

    Thank you very much for your attention to this matter.

                                    Very truly yours,

                                    Amina B. Lee,
                                    Legal Assistant

/abl
Enclosures